FILED
CLERK, U.S. DISTRICT COURT
APR 25 2007
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )   Case No.: CR 97-1085
                                     )
          Plaintiff,                 )
                                     )
     v.                              )   ORDER OF DETENTION AFTER
                                     )   HEARING (Fed.R.Crim.P. 32.1(a)(6);
  Melvin Hodgpath,                   )   18 U.S.C. § 3143(a))
                                     )
          Defendant.                 )

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Cent. Dist. Calif._ for alleged violation(s) of the terms and conditions of probation or supervised release; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A. [X]  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following: _no available surety, unstable residence and employment, absconder status for several months._

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3143(a))

1
2
3  and/ or
4  B. ( )   The defendant has not met his/her burden of establishing by clear and
5          convincing evidence that he/she is not likely to pose a danger to the
6          safety of any other person or the community if released under 18 U.S.C. §
7          3142(b) or (c).  This finding is based on the following:
8
9
10
11
12
13  IT THEREFORE IS ORDERED that the defendant be detained pending the further
14  revocation proceedings.
15
16  Dated: 4/25/07
17                                    HONORABLE OSWALD PARADA
                                      United States Magistrate Judge
18
19
20
21
22
23
24
25
26
27
28